**Sarah Jane Merle, appellee, v. The National City Bank of Chicago, appellant. Gen. No. 31,566.**

Trover for conversion of check. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 17, 1927.

Castle, Williams, Long & Castle, for appellant. Helmer, Moulton, Whitman & Holton, for appellee; Roland D. Whitman, of counsel.

Mr. Justice Barnes delivered the opinion of the court.

---

**C. F. Love & Company, appellant, v. Atlantic Coast Line Railroad Company, appellee. Gen. No. 31,312.**

Action for damages to interstate shipment. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. R. R. Fowler, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 17, 1927.

H. C. Lust, for appellant. D. H. Mann, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Fred G. Bear, appellee, v. The Meyercord Company, Inc., appellant. Gen. No. 31,340.**

Assumpsit for work done under a building contract. Judgment for plaintiff. Appeal from the Superior Court of Cook county; the Hon. Jacob Hopkins, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Affirmed. Opinion filed May 17, 1927.

Gustav E. Beerly, for appellant; Dwight A. Pomeroy, of counsel. Zimmerman & Clark, for appellee.

Mr. Justice Fitch delivered the opinion of the court.

---

**Sloss Sheffield Steel & Iron Company, appellant, v. Roos Foundries, Inc., appellee. Gen. No. 31,359.**

Action for damages for refusal to accept goods purchased. Judgment for defendant on directed verdict. Appeal from the Municipal Court of Chicago; the Hon. Theodore F. Ehler, Judge, presiding. Heard in the second division of this court for the first district at the October term, 1926. Reversed and remanded. Opinion filed May 17, 1927.

Gann, Secord & Stead, for appellant; F. Harold Bennett and Junius C. Scofield, of counsel. Clithero, Osborn & Stevens, for appellee.

Mr. Justice Fitch delivered the opinion of the court.